IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL ACTION 604-024-01 |
| | ) | |
| LESTER LESHON CORLEY | ) | |

## ORDER

The Court has considered the motion of the defendant for reconsideration of his motion for reduction of sentence. The motion is **DENIED**.

**SO ORDERED** this 20th day of November, 2008.

_____
B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia